UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY TRUJILLO,<br><br>    Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.:1:24-cv-00464-JLT-SKO<br><br>Judge: Hon. Jennifer L. Thurston<br>Magistrate Judge: Sheila K. Oberto<br><br>**ORDER GRANTING FIRST STIPULATION TO MODIFY THE SCHEDULING ORDER**<br><br>**(Doc. 13)**<br><br>St. Complaint Filed: May 26, 2023<br>Removal Filed: April 18, 2024 |

The Court, having considered the First Stipulation to Modify the Scheduling Order ("Stipulation") (Doc. 13), filed by the Parties, and upon finding good cause therefor, hereby GRANTS the Stipulation and ORDERS the Scheduling Order (Doc. 11) MODIFIED per the below:

The deadlines/dates are continued as follows:

    a. Non-Expert Discovery: July 25, 2025

    b. Expert Disclosures: August 8, 2025

    c. Rebuttal Expert Disclosures: September 5, 2025

    d. Expert Discovery: September 26, 2025

    e. Last Day to File Non-Dispositive Motions: October 8, 2025

    f. Last Day to Hear Non-Dispositive Motions: November 12, 2025

    g. Last Day to File Dispositive Motions: November 5, 2025

    h. Last Day to Hear Dispositive Motions: December 10, 2025

     i.  Deadline to Provide Proposed Settlement Conference Dates: March 4, 2026

     j.  Pre-Trial Conference: April 6, 2026 at 1:30 p.m.

     k. Trial: June 2, 2026 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **April 24, 2025**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE